ı0

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Edward TENNEY, # A-73555 )
_____ )
_____ )
_____ )
*Plaintiff/Petitioner(s)* )

Director John R. Baldwin,  v.
Richard Harrington, Kimberly Butler,
John Doe #1, Joseph Yurkovich, John Doe #2,
John Doe #3, John Doe #4, Mrs. Hill,
Menard Corr. Ctn, Illinois Dept of Corr.
*Defendant/Respondent(s)* et.al.

Case Number: 16-115-NJR
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I.  JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement.

Edward Tenney, A-73555
Menard Correctional Center
P.o. Box 1000
Menard, Illinois, 62259.

**Defendant #1:**

B.   Defendant ___Richard Harrington___ is employed as
        (a)   (Name of First Defendant)

___Warden (Ret,)___
        (b)   (Position/Title)

with ___Illinois Dept. of Corrections in Menard, Ill.___
        (c)   (Employer's Name and Address)

Menard Corr. Ctr. 711 Kaskaskia St. Menard, Ill. 62259-0711,

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: Mr. Harrington at the Time
of the occurances was employed by the state of Illinois,
I.D.o.c, in Menard, Ill, as a warden,

**Defendant #2:**

C.     Defendant _Kimberly Butler_ is employed as

(Name of Second Defendant)

_Warden_

(Position/Title)

with _Illinois Dept. of Corrections in Menard, Ill. Menard_

(Employer's Name and Address)

_Corr. Ctr. 711 Kaskaskia St. Menard, Ill. 62259-0711._

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒Yes   ☐ No

If you answer is YES, briefly explain: Mrs. Butler at the time of the occurances was employed by the state of Illinois, I.D.O.C. - in Menard, Ill. As an Assistant Warden, currently she is the Warden.

**Additional Defendant(s) (if any):**

D.     Using the outline set forth above, identify any additional Defendant(s).

John Doe #1

    Director/Commander  Special Response Team

    Illinois Dept. of Corrections

    1301 Concordia Court

    ( P.o. Box 19277)

    Springfield, Ill, 62794-9277.

      ☒ yes       ☐ No

John Doe #1 at the time of the occurances was employed by the state of Illinois, I.D.O.C. in Springfield, Ill.  He was identified on the back of his Jacket as the Director/Commander of the Special Response Team ( Known as Orange Crush) IN Springfield, Illinois.

E.  Joseph Yurkovich
    Chief of Operations
    I.D.o.C. in Menard, Ill.
    Menard Corr. Ctr. 711 Kaskaskia St.
    Menard, Ill, 62259-0711.
    ☒ yes    ☐ No


    Mr. Yurkovich was Employed at the Time of the
    Occurances by the State of Illinois, I.D.o.C. in Menard,
Ill. As the Chief of Operations.


F.  John Doe #2
    Correctional Officer
    I.D.o.C.   (Springfield, Illinois) 1301 Concordia
    Court (P.o. Box 19277) Springfield, IL. 62794-9277.
    ☒ yes    ☐ No
    John Doe #2 at the Time of the Occurance was Employed
by the State of Illinois, I.D.o.C. As a Correctional Officer,
He was dressed As A member of the Orange Crush, with
No Name Tags, And was impossible To determine which
Correctional Institution He was Assigned Too. His Face
was either Covered or Painted.


G.  John Doe #3
    Correctional Officer
    I.D.o.C. (Springfield, Illinois) 1301 Con Cordia Court,
    (P.o. Box 19277) Springfield, Ill. 62794-9277.
                    2/A.

☒ yes   ☐ NO

John Doe #3 AT THE TIME of THE OCCURANCE WAS Employed by THE STATE of Illinois, I.D.o.C. As A Correctional officer, HE WAS dressed AS A member of THE Orange CRUSH, WITH NO NAME TAGS, AND WAS impossible TO deTermine WHICH Correctional insTiTUTion HE WAS Assigned Too, His Face WAS EiTher Covered or PainTed.

H.  John Doe #4
    Correctional oFFicer
    I.D.o.C. (springfield, Illinois) 1301 Concordia CourT, (P.o.Box 19277) springfield, Ill. 62794-9277.

        ☒ yes   ☐ NO

John Doe #4 AT THE TIME of THE OCCURANCE WAS Employed by THE STATE of Illinois, I.D.o.c. As A Correctional officer. He WAS dressed AS A member of THE Orange CRUSH, WITH NO NAME TAGS, AND WAS impossible TO deTermine which Correctional insTiTuTion HE WAS Assigned Too. His Face WAS EiTher Covered or PainTed.

I.  Mrs. Hill.
    Correctional Counselor
    Illinois DepT. oF CorrecTions in Menard, Ill.
    Menard Corr. CTR. P.o. Box 711, KASKASKia ST.
    Menard, Ill. 62759-0711,

        ☒ yes ☐ NO

                2 / B.

Mrs. Hill At The Time of The Occurance was Employed by The STATE of Illinois, I.D.O.C. in Menard, ILL. As A Correctional Counselor.

J.   Menard Correctional Center
     711 Kaskaskia St.
     Menard, Ill. 62259-0711

   Menard Correctional Center is A STATE Prison under The Authority of The Illinois Dept. of Corrections which is A STATE Governmental Administrative Agency with offices AT 1301 Concordia Court, Springfield, Ill. 62794-9277.

K.   Illinois Dept. of Corrections
     1301 Concordia Court, P.o. Box 19277
     Springfield, Ill. 62794-9277.

     Is A STATE Governmental Administrative Agency.
     offices AT I.D.O.C. 1301 Concordia Court.
     P.o. Box 19277
     Springfield, Ill. 62794-9277.

2/c.

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?                    ☐ Yes   ☒ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

1.   Parties to previous lawsuits:
Plaintiff(s):   N|A

Defendant(s):
N|A

2.   Court (if federal court, name of the district; if state court, name of the county):   N\A

3.   Docket number:   N|A

4.   Name of Judge to whom case was assigned:   N\A

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   N\A

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   N|A

7.   Approximate date of filing lawsuit:   N\A

8.   Approximate date of disposition:
N|A

16

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner
grievance procedure?                                    ☒Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take? I Submitted a Timely Filed
Grievance To Counselor Hill who Did not respond I
Filed Grievance To Grievance officer who Denied The
Grievance as out of Time, I Appealed The Decision
To The ARB who denied The Grievance.
(see Attached Grievance Marked as
Exhibit A).
2.    What was the result?
Grievance denied as out of Time.

D.    If your answer is NO, explain why not.
N/A

E.    If there is no prisoner grievance procedure in the institution, did you
complain to prison authorities?        N/A        ☐ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?    N/A

2.    What was the result?    N/A

G.    If your answer is NO, explain why not.    N/A

H.    Attach copies of your request for an administrative remedy and any
response you received. If you cannot do so, explain why not: I Sent letters
of Inquiry with Proof of Service And a Copy of The
Grievance To The Following Administrative Staff:
Counselor Hill(x2), Betsy Spiller Counselor Supervisor, Warden
Kimberly Butler, Counselor Marcowsha, Schwartz-Counselor,
John Howard Assoc, Administrative Review Bd, Uptown
Peoples law ctr., Grievance officer, Admin Review Bd.
                                        see Exhibits

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On April 12, 2014 orange Crush at Approximate 7:35 Am The Tactical Team Appeared on 3 gallery at Cell # 3:30 in North-2 And ordered The Cells inmates To Strip Naked, was Searched And Told To put on pants, Shirt, Shoes with no under clothing on, All inmates Were Awaken like This For a Mass Shakedown of Cells.

I Was Then Handcuffed behind my back with my Hands Touching each other, Palms pointed outward, I was ordered To leave The Cell And pushed into A long line of Inmates going Down The gallery To The back Stairs All The while "Crush" was yelling And Hitting us (me) in The Head,

I went Down The Stairs "Crush" was yelling And pushing, Hitting us (me), Pushing us on each other And poking us (me) with Their Sticks All Along The way To The Gym (Randolph Hall) They (Crush) lined us (me) up 3 deep Along The Wall All The Time yelling And Hitting us behind The Head Saying "Keep your head Down," "eyes on The Ground," Chin To Chest," The Tactical Team was yelling At us (me) "To Shut up" And Slamed Several peoples Heads into The Walls, All Along yelling Profanities At us And Asking us if We "Wanted our Ass Kicked",

After 4 1/2 hours of Verbal Abuse, Pokes with The Tactical Team "Sticks", Slaps in The Heads And Push's All Along I Was Suffering Excruciating

Pain in my Neck, back, and Sholders from being Cuffed in That Position which is unnatural for a persons body To be in for lengths of Time, and when my neck and sholders began To Cramp and I started To move in line, THE TACTICAL Team member slaped my head and Pushed my Face into THE wall yelling "don't you fucking move!"

Around 12 pm- 12:10 pm They put us (me) in another line and walked us back To The N-2 Cellhouse still yelling Profanities and Poking us (one) with their stick still yelling "Step up" "Close the line" like we were not being Compliant Both going To The Gym and back which we were.

When I reached my Cell I Could see it was Tore up, THE Tactical Team member had me and my Celly step in THE Cell and back up To THE Cell Door, He Then uncuffed us one at a Time and left, I Then begain Seperating our stuff and I Could see I was missing stuff and when I Came upon my T.V. it was Fall Down Glass on THE Cell Floor Concrete, I Called an officer, Pointed it out To him and He Said That was wrong;

When All Things were Finally put away I was missing Things in MASS Amounts which I showed the officer on THE Gallery at The Time and That THE TacTICAL Team wrote "NONE" on my ContraBand SHAKE Down Slip and none of us Can even read who wrote it!

THE Missing Items were: (1) Lg. boTTle of Irish Spring body wash, (1) Lg. boTTle of Suave Shampoo w/ Conditioner,

5/A

(2) Lg. bottles of Conditioner, (1) Lg. bottle of Hand lotion w/ Aloe, All of which were brought with me when I came off Condemned And was Transfered to Menard, And (2) Merrors, (3) Cable Cord bullets, (3) Splitters, (2) sm. bottles of Shampoo, (2) sm. bottles of Conditioner, (1) Chapstick, (1) Nail Clipper, (1) watch battery, (10) Seg. Pens, (10) Toothbrushes, (1) replacement blade for Panasonic Trimmer, (1) 1/2 box of Tea, (1) Container w/ 4 1/2 Pks. of Coolaid, And my Fan (Frame) was broken in the size of a hand grabbing the Frame And Cracking it And braking Part of it.

I'm generally Indigent And unable to replace all the Items which were Allowed. Ive Just Returned from a Court writ And my Property was Searched, I had no Contraband, why is my Stuff Missing And Broken?

This is also happened to others in this shakedown in N-2. I still have Pain in my neck And sholders by orange Crosh.

Was all this Done as a Matter of Practice And Policy, with no Penological Purpose but to Harrass And Torture and Destroy?

The Ill. Rules of evidence, Jan. 2013, p. 46, Rule 406 - Habit, Routine Practice: Evidence of the Habit of a person or of the Routine Practice of an Organization whether Corroborated or not And Regardless of the Presence of eyewitness is relevant to that the Conduct of the Person or organization on a

Particular occasion was in Conformity with the Habit or Routine Practice.— Orange Crush was in Conformity with said Habit or routine by destroying Allowed Property, A.D. pg. 1, 03.02.108 — The Department shall require employee's To Conduct. Themselves in a Professional manner and will not Engage in Conduct that is unbeComming of a State employee or That may Reflect unfavorably on or impair operation of the Department. Orange Crush Gave False information on the Contraband slip. A.D. pg. 6, 03.07.108.8.

## Claim ONE

Warden R. Harrington At the Time of The occurances was The Warden at Menard Corr. Ctr. (He is now Retired) Failed To Protect inmates (me) Against The Physical Abuse, The Destruction And Damage of Personal Property, Even The Degradating Acts that were Forced on The inmates To Do, being Placed in Cuffs, And being forced into Touching And or pressing up Against each Other's bodies. Warden Harrington Could Have Put A Stop To The Actions of The Members of The Special Response Team, Also known As (Orange Crush). The S.R.T. Cant Just show up To The Institution, The Warden (Harrington) is The one who Can And Has To Call The (orange Crush). Warden Harrington Allowed The "orange Crush" members To Abuse Us (me)

5 / c

inmates even by using Profane language Against us (me) inmates. He (Harrington) even Allowed the "orange crush" "Crush" To violate The Federal Prison Rape Elimination Act. Because Forcing inmates in Handcuffs To press up into each others bodies is Abuse (sexual Abuse), denigration, And Torture, And A Violation of Constitutional rights That Protect Against Cruel and Unusual Punishment. Warden Harrington was Present And Supervising The Procedure And Operations of The (C.R.T., S.R.T.).

## Claim Two

Assistant Warden Kimberly Butler (Butler was The Assistant warden The day of The incidents And Occurences And Today is The Warden in Authority of Menard Corr. Ctr.). Warden Butler was present, walking The Galleries in each Cellhouse And was A First Hand witness To The improper Actions of The members of The (C.R.T. S.R.T.) And like Warden R, Harrington Allowed iT To TAke Place And Did nothing To Put A Stop To iT. Warden Butler was An Accomplice of warden Harrington, of All The illegal Acts And Abuse Committed Against us (me) inmates by The "orange crush", And looked The other way And did nothing To Protect The inmates (me).

## Claim Three

5 / D

John Doe #1, AT THE TIME OF THE OCCURANCES WAS THE Director/Commander of THE SPecial Response Team From Springfield, Ill. (THE BACK of His JACKET WAS labeled AS SUCH). John Doe #1 Director/Commander of THE (C.R.T. S.R.T.) "orange Crush" AT STATE level with office in Springfield, Ill. Gave THE Command Along with OThers And instroctions To THE Members of "orange Crush" (Crush) To Proceed And search, Vandalize (Yes Vandalize) THE Cells And All Personal Property, legal papers, belonging To us (me) inmates, He Could HAVE PUT A STOP To THE Abuse (Physical, Verbal, Profane, Sexual and denigrated) ThaT WAS, Had, is being Done To us (me) inmates by All His Subordinates members of THE (C.R.T. S.R.T.) "orange Crush" (Crush), whom on Top of Everything Else Were Allowed To Ware Ski Masks, Helmots, Painted Faces And no Name Tags ThAT Could identify Them. John Doe #1 Came Down To Menard Corr. CTR. From Springfield with one objective in mind, THE MistreatmenT of us (me) inmates, He even Refrained Menards (C.R.T. S.R.T.) Members From ConducTing The Sencches, WHICH Were Done by (C.R.T. S.R.T.) members From oTher instiTuTions, John Doe #1 (S.R.T. Director) is responsible For All THE Actions CommitTed by (C.R.T. S.R.T.) Members Against us (me) inmates.

<u>Claim Four</u>

Joseph Yurkovich AT THE Time of THE Occurance

5/E

WAS THE Chief of Operations AT Mcnard Corr. CTR.
THE Assistant Warden of Operations (security) Joseph
Yurkovich, is Also responsible For Doing Nothing To
STOP THE Abuse's Committed by THE ( C.R.T. / S.R.T. ) members
(orange Crush), As well As Wardens Herring Ton And
Butler For Allowing THE members of THE "orange Crush"
(Crush) To Do whaT They Did To us (me) inmates.
THE Warden of Security Acted in Violation of THE
Welfare And protection of THE inmates (me) From All
THE Abuse's Done by THE ( C.R.T. / S.R.T. ) Members.

## Claim Five

JOHN Doe #2 AT THE Time of THE occurance was
dressed As A member of THE ( C.R.T / S.R.T ) (orange Crush).
IT was impossible To IdentiFy Him or To See whaT
Correctional institution HE was Assigned Too.
John Doe #2 member of THE ( C.R.T. / S.R.T. ) "orange Crush" (Crush)
Committed Abuse's AgainsT us (me) inmates in
ViolaTion of STATE And Federal Laws of THE 8TH And
14TH Amendments of THE U.S. Constitution, (Protection
Against Cruel And unusual PunishmenT), And in
Violation of THE Federal Prison Rape Elimination AcT,
And lAsT but no less in violation of THE Illinois STATE
Constitution, THE Physical, verbal, And Sexual Abuse,
THAT included THE Damaging And destruction of inmates
(me) Personal And legal Property, Profane language,

5/F

sexual Abuse when Forcing us (me) inmates to press into each others (inmates) bodies while and in Handcuffs, BY Poking And Hitting, Pooshing us (me) inmates with Their Riot Batons (sticks), The (C.R.T.) (S.R.T.) "orange Crush" (Crush) Always showed up For THE So Call "shake-Downs", in riot bear For THE Sole Purpose of Abuse of us (me) inmates, And THE Waring of Paint on Their Faces, or waring ski masks under Their Helmuts And Shields and overalls And by not Having Name Tags on Their Uniforms To Prevent us (me) inmates From/ To identifying Them by names or any other Facial distinction, So They Can Get Away With Their Abuse And Torture of Inmates.

## Claim Six

John Doe #3 At THE Time of THE occorance was dressed As a Member of THE (C.R.T.) (S.R.T.) (orange crush), IT was impossible To identify Him or To see what Correctional institution He was Assigned Too, John Doe #3 A Member of THE (C.R.T.) (S.R.T.) "orange crush" (crush) committed Abuse's Against us (me) inmates in Violation of State And Federal Laws of the 8TH And 14TH Amendments of THE U.S. Constitution, (Protection Against Cruel and unusual Punishment), And in violation of THE Federal Prison Rape Elimination Act, And Last but no less in Violation of THE Illinois State Constitution.

5/G

THE Physical, Verbul, And Sexual Abuse, THAT included
THE Damaging And Destruction of inmates (ME) Personal
And legal PropertY, Profane language, sexual Abuse
when Forcing us (me) inmates To press into eacn others
(inmates) bodies while And in Hand cuffs, by Poking
And Hitting, Pushing us (me) inmates with Their
RioT Batons (sticks), THE (C.R.T.) (S.R.T.) "orange crush"
(crush) Always showed up for the so cAll "shakedowns",
in Riot Gear For THE Sole Purpose of Abuse of us (me)
inmates, And THE wearing of Paint on Their Faces,
or wearing ski masks under Their Helmuts and
SHields And over Alls And by not Having Name Tags
on Their uniforms To Prevent us (me) inmates From/
To identifying them by names or Any other Facial
distinction, So They Can GET AWAY with Their Abuse
And Torture of Inmates.

## Claim Seven

John Doe #4 AT The Time of THE occurrance was dressed
As A member of THE (C.R.T.) (S.R.T.) (orange crush), it was impossible
To identify Him or To see what Correctional institution
He was Assigned Too. John Doe #4 A Member of THE (C.R.T) (S.R.T.)
"orange crush" (crush) Committed Abuses Against us (me)
inmates in violation of STATE And Federal Laws of THE
8Th and 14Th Amendments of THE U.S. Constitution,
(ProTection Against Cruel and unusual Punishment),

5/ H

And in violation of the Federal Prison Rape Elimination Act, And Last but no less in violation of the Illinois State Constitution. The Physical, Verbal, And Sexual Abuse, that included the Damaging And Destruction of inmates (me) Personal And legal Property, Profane language, Sexual Abuse when forcing us (me) inmates to Press into each others (inmates) bodies while And in Handcuffs, by Poking And Hitting, Pushing us (me) inmates with their Riot Batons (sticks). The (C.R.T) (S.R.T.) " orange Crush " (Crush) Always showed up for the so Call " Shakedowns " in Riot Gear for the Sole Purpose of Abuse of us (me) inmates, And the wearing of Paint on their Faces, or wearing ski masks under their Helmuts And shields and overalls and by not having name tags on their uniforms to Prevent us (me) inmates from / to identifying them by names or any other Facial distinction, So they Can get Away with their Abuse And Torture of inmates.

<u>Claim Eight</u>

Mrs. Hill at the time of the occurance was Counselor for North-2 3 gallery. On April 12, 2014 (Crush) Came to 3 gallery North-2 for the Purpose of shaking down the Cells "supposedly" at 7:35 Am. On April 27, Petitioner wrote a timely grievance And put it on the Cell Bars for Pick up by the 11-7 shift, it

WAS picked up by The officer, For Processing, I LATTER Be WROTE MS. Hill on July 6, 2014 WHEN I didn't receive An response. And To This dATE I STill HAVE NOT received An response To my Grievance, From Her.

## Claim NiNE

PlaintiFF, Edward TENNEY, ("PlaintiFF"), is And WAS AT All Times MaTerial a STATE prisoner Housed AT THE Menard Corr. CTR. ("Menard"), in Menard, ILL. THE DefendanT, Illinois DeparTmenT oF CorrecTions ("I.D.o.c."), is An AdminisTraTive Agency wiThin THE STATE OF Illinois AssigNed To THE TASK OF MainTaining ConTrol And SecuriTy of Persons ConvicTed on CommiTTing Crimes And subsequenTly SenTenced To THE STATE's PeniTenTiary sysTem.

PlaintiFF, Edward Tenney, being A STATE MATerial in THE CusTody oF Menard CorrectioNal CenTer, is under THE Care oF Menard. Menard is Responsible For His SAFETy And welfare, AT THE Time oF THE OccurAnces, Menard WAS Reoponsible For All THE ActioNs oF THE STAFF Assigned To THE InstiTuTion. Even more Menard WAS Also responsible For such ActioNs oF THE STAFF THAT Were CAlled From oTHer InsTiTuTions (STATE wide) And Allowed To perform duTies AT THE InstituTion, AS parT oF THE STATE wide ConTingenT oF officers on special DuTy As ParT oF THE Special Response

5/J

Team unit (orange Crush) THAT ConverTed AT Menard during THE SHAKEDOWN. IN which THE incidents And occurances Took place AgAinsT THE PlainTiff And OThers. many of whom (orange Crush officers) Can not be identified properly because THEy Are Allowed <u>NOT</u> To WeAr name Tags And To Cover Their Faces WiTh PainT or Ski Masks under Their RioT HelmuTs.

   Menard Failed or deliberaTely Allowed THE "orange Crush" To AcT And behave in SuCH Manner THAT ViolATed THE PlainTiff's ConsTiTuTional righTs inflicTing Cruel And unusual punishmenT. When and if a STAff Member Can noT be idenTified by Any AvAilable means To be properly nAmed As A defendanT, THE insTiTuTion As A responsible party under whicH AuThoriTy They AcTed became A Secondary (AlTernaTe) defendanT THAT Can be named In plAce of THE unknown DefendanTs.

5/K

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

A- Issue A declaratory Judgment STATing THAT:
DefendanTs HarringTon, BuTler, John Doe #1, YurKovich, John(s) Doc(s) #2, #3, #4, Hill, Menard Correctional Center, And I.D.o.C., were deliberately indifferent with Their Actions, causing pain and punishment needlessly in Violations of The EighTH And FourTeenTH

## VI.   JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __2 ~ 1 - 16__
(date)

__Edward Tenney__
Signature of Plaintiff

__Menard Corr. CTR. P.o. Box 1000__
Street Address

__Edward TENNEY__
Printed Name

__Menard, Illinois, 62259__
City, State, Zip

__A-73555__
Prisoner Register Number

__N/A__
Signature of Attorney (if any)

REQUEST For Relief Continued :

Amendments of THE U.S. Constitution, WHICH guarantee's THE Protection Against THE infliction of Cruel And Unusual punishment. THEir Actions, THAT Were Also in Violation of THE Federal Prison Rape Elimination Act, WHICH protect Prisoners Against Any Act of Criminal Sexual Attack or Assault.

B- Award Compensatory damages in THE Following Amounts of $45,000ºº Against (EACH) defendants Harrington, Butler, John Doe #1, Yurkovich, John(s) Doe(s) #2, #3, #4, Hill, Menard Corr. Ctr., And I.D.O.C., Jointly and Severelly For THE Emotional injury resulting from THEir Failure To Protect And THEir deliberately indifferently To THE Actions of THE individualls under Their Supervisory Command And Authority And Their own Actions Against THE Plaintiff.

C- To Award THE Plaintiff with A Compensatory Amount Separated From THE Compensatory damages Award To Cover All THE Court Costs And Fee's And Any And All of THE Attorney(s) Fees resulting From THE litigation of THis Civil Action.

D- Grant Such other Relief As it May Appear To THE Court THAT THE Plaintiff is Entitled.

APPENDENCE

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: TENNEY         EDWARD         A73555
            Last Name         First Name     MI     ID#

Facility: MENARD

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 4/27/14 or ☐ Correspondence: Dated: _____
Received: 11/12/14 Regarding: STAFF CONDUCT - ORANGE CRUSH SHAKE DOWN
       Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
                  Office of Inmate Issues
                  1301 Concordia Court
                  Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                319 E. Madison St., Suite A
                Springfield, IL  62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                               Date

☐ No justification provided for additional consideration.

Other (specify): OFFENDER STATES HE RECEIVED RESPONSE FROM GRIEVANCE OFFICER ON 9/8/2014. EVEN ALLOWING FOR TWO WEEK COUNT WRIT THAT WOULD PUT 30 DAYS PAST DUE

Completed by:   T. S. Keen                T. Scott Keen      11/19/2014
            Print Name                     Signature           Date

STATE OF ILLINOIS

COUNTY OF Randolph } ss.

## A F F I D A V I T

I, Edward TENNEY _____ being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

THis Grievance is being Filed Now For An Appeal, EvEN So THAT THE Grievance OFFicer DAtED THE Response To My Grievance ON August 27, 2014. I Did NoT RecEive iT UNTil SepTember 8, 2014, BecAuse iT is WEll KNowN THAT AT THE MenArd Corr. CTr. iNstiTUTioNAl MAil is NoT deliEvered by THE CEllHouse UNTil A Few DAys lATTer or EveN a Week. Also oN SepTember 9, 2014 IN THE MorNiNG I WAS PAckiNG UP For StorAgE My ProperTy BecAuse I WAS ScHEdulEd For TrANsFer oN THE 10th For A CourT WriT oN THE 12th, For WHicH I WAS OUT oF MenArd For Two (2) WEEks. Upon my reTurN To MenArd I HAd To WAiT To GET My ProperTy From StorAge ANd OrgANizE iT ANd START To DEAl WiTH All THE CorrespoNdence ANd All THE LegAl MATTers. THereFore, THis AppeAl is BeiNG FilEd Now, BeFore Your OFFice.

RECEIVED
NOV 1 2 2014
OFFICE OF
INMATE ISSUES

Respectfully Submitted
Edward Tenney

## VERIFICATION BY CERTIFICATION

I, Edward TENNEY , affiant, do hereby swear and affirm under Penalty of Perjury pursuant to 735 ILCS 5/1-109, 28 U.S.C. Sec. 1746 & 18 U.S.C. Sec. 1621, that the information contained in this affidavit, is true and correct to the best of my personal knowledge and belief.

Affiant Further Sayeth Not

Affiant: /S/ Edward Tenney.

Grievance officer,                                                    8/23/14

My Name is Edward Tenney, A-73555. Im in N-1-#508.
ON 4/12/14 I was in N-2-3:30 when IT was Shaken Down By
CRT-(orange Crush), ITems were Taken And my FaN was Cracked
(Frame), All of which were Allowed And noT Contraband.
THE CRT-wrote "none" on THE Contraband SHAKE DOWN Slip.
ON 4/27/14 I wrote A Timely Grievance (See ~~Enclosed~~ Copy ^ATTACHED)
And placed iTon THE Cell Bars For 11-7 SHIFT To pick up As
out going mail (Per Federal Mailbox Rule) Complaining of issues
of ITems Taken, my Fan, Treatment by CRT-.   IT was
Mailed Same Day To 3 gallery Nr 2 Counselor Hill. (I HAVE
orgiNal Copy).
I was moved To SU-6-21 and when I HAD STill no response To
my Grievance, on 6/29/14 I wrote Supervisor Counselor B. Spiller
(W/ letter + ATTACHED copy of Grievance) Asking Her To Compel Counselor
Hill To respond To Grievance so I Can EXHAUST my remedies.
Also on 6/29/14 I wrote To New Counselor of SU-6 gallery,
Ms. D. MarcinKowskA, Asking Her To look inTo THE STATUS of my
Grievance, SHE Replyed For me To Rewrite orginal Counselor
Hill Since SHE was my Counselor AT Time of incidenT. (I HAVE
BoTh orginals of Counselors Spiller + MarcinKowskA Replyes did
NOT Respond To This DaTe.).
ON 7/6/14 I rewrote Counselor Hill A letter For ~~OFFICE OF~~ I HAVE
orginal letter "copy").
ON 7/17/14 I wrote THE Chief AdministraTor WARDEN K. BUTler,

                              1 OF 3

w/letter + Attached Copy of Grievance) And As of THE Above Date I

STILL HAVE NO Answer in Paper or Directly by Either Hill or Butler.

I was moved Again To N-1-508, I WROTE To my New Counselor

nr. SCHWARTZ on 8/3/14   He is Counselor OF 5 gallery N-1.

I WROTE Him A letter Asking For Help and STATUS on Grievance.

He Replied THAT Hill Had Responded To my Kite on 7/8/14

THAT SHE Had not received or seen my Grievance. ( I HAVE

orginal letter w/ response from SCHWARTZ). I Did not Receive

Any reply / Answer From Hill Through THE Prison mail SYSTEM,

Even To This Date.


Grievance officer,

I'm an imate, I Can't Compel anyone To Answer my Grievance

BuT You HAVE THE AuThorITY To Compel Counselor Hill To Do So.

Please use your AuThorITY And Compel Ms. Hill To respond To my Grievance

So I Can Appeal iT And ExhAusT my remedies (As required) BuT HAVE

Due Process. I am Afraid To send you orginal Copys of THE paperwork

I Don'T want THem To be "LosT" or "I" You not get Them". THEN I would

HAVE no proof whatsoever. If You want To see WHAT I Have I

would be pleased To Show you. PLEASE Exercise your AuThorITY And

Compel Ms. Hill To Answer THE Grievance or if There is Another way

So I Can Proceed Please Do So.         Please Respond Soon.

RECEIVED     Sincerely.

NOV 12 2014

C.C- Grievance officer                Edward TENNEY

1 2 Inmate's File     OFFICE OF        A-73555
                      INMATE ISSUES

(w/ ATTACHED Affdavit of mailing                N-1-508

w/ ...f... f Service )        ( 2 oF 3 )

AFFidavit of Mailing / Proof of Service.

Under penalties As provided by Law pursuant To § 1-109 of The Code of Civil Procedure, The Undersigned Certifies THAT An orginal of The Forgoing letter and w/ ATTAChed Grievance from 4/27/14 WAS Mailed To THE :

Grievance Officer
Menard Correctional Center.

By Enclosing in A Sealed plain WHITE Envlope, Plainly Addressed, And Depositing THE Envlope in THE Prison Mail System or placing it on THE Cell Bars For 11-7 ShiFt Security officer To pick up And HANdle AS outgoing Mail. This 23 day oF August 2014.

Edward Tenney

DATEd: August 23, 2014.           Edward TENNEY.

RECEIVED
NOV 1 2 2014
OFFICE OF
INMATE ISSUES

37

## Affidavit of Mailing And Proof of Service

Under penalties As provided by Law pursuant To 1-109 of THE Code of Civil procedure, THE undersigned Certifies THAT An orginal of THE Foregoing Grievance was mail To THE :

Counselor Hill
Clinical Services
Menard CorrecTional Center

By Enclosing in a Sealed plain white Envlope, Plainly Addressed, AND Depositing THE Envlope in THE Prison Mail SysTem of Placing iT on THE Cell Bars For 11-7 ShifT Security officer To pick up And Handle As outgoing mail. This 27 day of April, 2014.

Edward Tenney

DATED: April 27, 2014.                          Edward Tenney.

RECEIVED
NOV 12 2014
OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: April 27, 2014 | Offender: (Please Print) Edward TENNEY | ID#: A-73555 |

| Present Facility: Menard Corr. CTR. | Facility where grievance issue occurred: Menard Corr. CTR. |

**NATURE OF GRIEVANCE:** *Not submitted To grievance within allottes 60 days. Out of Timeframe.*

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): CRT- ORANGE CRUSH

- [ ] Disciplinary Report: ____/____/____ _____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ON April 12, 2014, orange crush AT Approximate 7:35 Am THE Tactical Team Appeared on 3 gallery AT Cell #3.30 in North-2 And ordered THE cells inmates To strip naked, was searched And Told To PuT on Pants, shirt, shoes with no underclothing on, All inmates were awaken like This for a mass shakedown of cells, I was Then Handcuffed behind my back with my Hands Touching each other, Palms pointed outward. I was ordered To leave THE Cell And pushed into a long line of inmates going Down THE Gallery To THE back stairs All THE while "crush" was yelling and Hitting us (me) in THE Head. I went Down THE stairs "crush" was yelling and Pushing, Hitting us (me) Pushing us on each other And Poking us "me" with Their sticks All along The way To The gym (Randolph Hall) They (crush) lined us (me) up 3 deep →

**Relief Requested:** Reimbursement or Replacement of All items mentioned, Damages for mental Torture And battery, And for ORANGE Crush To Discontinue THE Aforementioned Practices and THE Unnecessary use of Excessive force" And searches To Prevent This Abuse. Against All inmates, Video Tape All Tactical Team shakedowns,

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Edward Tenney | A-73555 | 4 / 27 / 14 |
| Offender's Signature | ID# | Date 11:00 P.m. |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

*RECEIVED AUG 27 2014*

*GRIEVANCE OFFICE MENARD CORRECTIONAL CENT*

*RECEIVED ___ 2014 OFFICE OF INMATE ISSUES*

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |

Along With us By The Tactical Team Yelling And Hitting us behind The Head saying "keep Your Head Down," "eyes on The Ground, Chin To Chest," The Tactical Team was Yelling AT US (me) "To Shut up" And Slamed Several people's Heads into The walls, All along Yelling Profanities AT us And Asking us if we "wanted our ass Kicked." After 4 1/2 Hours of verbal abuse, Pokes with The Tactical Team "Sticks," slaps in The Heads And Pushes all along I was Suffering excruciating Pain in my Neck, back, And sholders From being Cuffed in THAT position which is unnatural for a persons body To be in for lengths of Time And when my Neck And sholders begain To Cramp And I STARTed To move in line The Tactical Team Member Slaped my Head And pushed our FACE into THe wall Yelling "don't You fucking Move!" / Around 12 pm - 12:10pm They put us (me) in Another line And walked us back To The N-2 Cell House Still Yelling Profanities And Poking us (me) with Their Stick Still Yelling "Step up" "Close The line" like we were not being Compliant Both being To The Gym And back which we were, when I reached my Cell I Could see it was Tore up, The Tactical Team member Had me And my Celly Step in The Cell And back-up To The Cell Door, He Then uncuffed us one AT A Time And left, I then begain Seperating our Stuff And I Could see I was missing Stuff And when I Came upon my T.v. It was Face Down, Glass on The Cell Floor Concrete, I Called An officer, Pointed it out To Him And He Skid THAT was wrong, when all Things were finally put away I I was missing Things in mass Amounts which I Showed The officer on The battery AT The Time And That The Tactical Team wrote "none" on my Contraband shake Down Slip And NONE of us Can even Read who wrote IT! The Missing Items were: (1) Lg. BOTTLE of Irish spring bodywash, (1) Lg. bottle of Suave shampoo "Conditioner, (2) Lg. BoTTLes of Conditioner, (1) Lg. bottle of Hand Lotion "Aloe All of which were broughT with me when I Came off Conditioned And was Trausfered To Menard, And (2) Mirrors, (3) Cable Cord bullets, (3) Splitters (2) Sm. bottles of Shampoo, (2) Sm botTLes of Conditioner, (1) Chapstick, (1) Nail Clipper, (1) watch Battery, (10) Seg. Pens, (10) Tooth brushes, (1) replacement Blade for Panasonic Trimmer, (1) 1/2 box of Tea, (1) Container w/ 4 1/2 Pks. of Coolaid, And my Fan (Frame) was broken in The Size of a Hand Grabbing The Frame And CrackingiT and breaking PartOf iT. I'm Generally Indigent And unable To replace All The Items which were Allowed. I've Just Returned from A Court writ And my Property was Searched. I Had no Contraband...WHY is my Stuff missing + Broken? This is Also Happened To others in This shakeDown in N-2. I STill HAVE Pain in my neck And sholders by orange Crush. was all This Done As A matter of Practice And Policy with no Penological Purpose but To Harrass + Torture + DesTroy? The Ill. Rules of Evidence, Jan. 2013, p. 40, Rule 406- Habit, Routine Practice - Evidence of The Habit of A person or of The Routine Practice of An organization whether (Corroborated or not

SEE NEXT PAGE ATTACHed

Adopted Sept. 27, 2010, eff. Jan. 1, 2011.
Distribution: Master File; Offender
Page 2
Printed on Recycled Paper
DOC 0046 (8/2012)
P. 30

Copy

And Regardless of The presence of eyewitness's is relevant To That The Conduct of The person or organization on A Particular occasion was in Conformity with The Habit or Routine Practice. — Orange Crush was in Conformity with Said Habit or Routine by destroying Allowed Property, A.D. pg. 1) 03.02.108 — The Department Shall Require Employee's To Conduct Themselves in a PROFESSIONAL Manner and ooo NOT Engage in Conduct That is unbecoming of A STATE Employee or That may reflect unfavorably on or impair operation of The Department. Orange Crush Gave FAlse Information on The Contraband Slip. A.D. pg. 6, 03.02.108.8.

C.C. Counselor Hill
     Inmate's File

RECEIVED
NOV 12 201
OFFICE OF
INMATE ISSUES



**Illinois
Department of
Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Menard Correctional Center / P.O. Box 711 / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

## <u>MEMORANDUM</u>

**DATE:**    8/27/2014

**TO:**    E. Tenney   A73555

**FROM:**    Grievance Office, D. Dwight, Office Coordinator
Menard Correctional Center

**SUBJECT:**   Grievance(s)  dated 4-27-14 regarding 4/12/14 Tact Team actions

**The attached is being returned for the reason(s) listed below:**

Contact your Correctional Counselor. Per D.R 504 Grievances,  "A committed
person shall first attempt to resolve incidents, problems or complaints, other than complaints
concerning disciplinary proceedings, through his counselor".

Use proper Committed Person's Grievance Report Form (DC 0046).

Forward grievance direct to the Administrative Review Board. (protective custody, enforced
medication, <u>disciplinary reports from other facilities</u>, decisions rendered by the Director, etc.).

X    Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
addressed further.

Unable to determine nature of grievance/correspondence. Submit additional specific
information.

Illegible copy submitted – submit legible copy for consideration.

Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
Committee. If request is denied, utilize the grievance process for further consideration.

Issue has been previously addressed on grievance #            No justification for further
consideration.

Contact the Record office with your request and/or additional information (sentence
calculations, jail credits, etc.).

Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A,
Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

This is to inform you that your Grievance was deemed a Non-Emergency by the CAO. Please follow
proper procedure per DR 504 f Grievance Procedures for Offenders & AD 04.01.114 Local Offender
grievance procedures.

Grievance was not completed prior to your transfer.  If this is still an issue, forward to the ARB.

RECEIVED

NOV 1 2 2014

OFFICE OF
INMATE ISSUES

(EXHIBITS)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: November 11, 2014 | Offender: (Please Print) Edward TENNEY | ID#: A-73555 |
| Present Facility: Menard Corr. CTR. | Facility where grievance issue occurred: Menard Corr. CTR. | |

NATURE OF GRIEVANCE: Not submitted to Grievance within allotted 60 days. Out of Timeframe

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____      _____
                              Date of Report                       Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I Am Filing This Grievance AT This Time As A Supplemental Grievance To The First Grievance THAT I Filed IN Regards To THE incidents And Occurences THAT Took place on April 12, 2014. Since Menard does NOT Address All THE issues THAT Are Grieved on A Grievance THAT Contains More THAN ONE issue, IT will Choose which issue (if Any) To which They will Respond To.

ON April 12, 2014 orange Crush (CRT)(SRT) AT Approximate 7:35 Am THE Tactical Team Appeared on 3 gallery NORTH-2 CellHouse AT Cell #330 And ordered Me And my Celly To STrip NAKed And WAS Searched Then Told To puT ON PANTS, SHirT, SHoes with NO UnderClothing on, THE whole Gallery WAS did

**Relief Requested:** Reimbursment For DamagesAnd or destroyed Personal property And ireplacable legal Documents, And MoneTary Compensation, including PuniTives Damages For THE Abuses (Physical, verbal, sexual, Denigrating And Profane) conTp

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| | | |
|---|---|---|
| Edward Tenney | A-73555 | 11, 11, 14 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

RECEIVED
NOV 18 2014
ADMINISTRATIVE REVIEW OFFICE
MENARD CORRECTIONAL CENTER

Date Received: 11 / 14 / 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Incident is not within the 60-day filing a grievance and will not be addressed.

| | | |
|---|---|---|
| N. Schwar | N. Schwar | 11 / 14 / 14 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?
     ☐ Yes; expedite emergency grievance
     ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ____/____/____
Chief Administrative Officer's Signature                          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

In This Manner For A Mass Shakedown of Cells, I was Handcuffed, hands behind my back, Hands Touching each other Palms pointed outward, I was then ordered out of the cell And pushed in to A long line of Inmates going Down The Gallery To The back stairs, There was "crush" spaced out All Along The Gallery To The stairs yelling And Hitting us (me) with Their Palms in/on The "Top" And "back" of The Head And Pushing us (me) Along, when I started Walking down the stairs There was still "crush" officers There spaced between us (me) still yelling At us (me) To Hurry up, keep moving, Heads Down, Chin To Chest, Quit looking up, Dont look At us, look At The Floor And Repeatedly Kept Hitting us (me) in The Head Top, And back of And The back of my Neck. From The First Time An "crush" came To my cell, All I could see of Him (Them) was overalls, boots, gloves, And An Helmut covering His (Their) Face with No Name Tags or other identification To say who They Are or Able To single Them out individually For identification. I went down The stairs "crush" was All Along in A row like A "Gauntlet" yelling, Pushing, Hitting us (me) Poking us (me) with Their sticks (Riot Batons) And Pushing us into each other so we were up Against each other so we were touching groin To butt, butt To groin And our (my) Hands which Are cuffed Touching The Person who was behind you's crotch. This kept up on happening From The officers pushing And shoving us into And on each other From The Door besides The wall of North-2 All The way To Randolph Hall. They (crush) Then lined us (me) up in lines (3) Three deep or More, because our (my) Head was being Kept pushed Down Chin To Chest And Repeatedly being slapped in/on The Top, back of and back of my Neck Along with "crush" yelling To keep our (my) Head Down Chin To Chest And To keep "stepping up" So I was Always pushed up Against The other persons butt And Hands And The Person behind me was Always pushed up Against my butt And Hands with His croch Always Touching my Hands And butt And mine To Another. The "crush" was Always yelling At us (me) To "shutup" No one was Talking but They kept saying iT And even slammed several peoples Head Against The walls And I heard one "crush" say As He pushed my Face into The wall "Dont you fucking move" And every so often one (crush) would Poke us (me) with Their "stick". After a while I was in Pain From my Head being bent Down For so long And my Hands behind my back (cuffed) (Palms out) And my Neck, back, sholders would cramp up From being cuffed For so long which was unnatural For a body To be in For long lengths of Time. Through Hours of verbal Abuse, Hits, Pokes And Threats of "do we want our Ass kicked" And Profanities Around 12:00-12:10 pm They (crush) started moving us From one line of inmates To Another line of inmates

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: November 11, 2014 | Offender: (Please Print) Edward Tenney | ID#: A-73555 |
|---|---|---|

| Present Facility: Menard Corr. CTR. | Facility where grievance issue occurred: Menard Corr. CTR. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) _____

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ← CONTINUED ← IN preparation of Returning To our Cell House and Cells. They (crush) walked us (me) back Through A "Guantlet" of (crush officers) All Yelling Profanities And Poking us (me) with Their "sticks" And still yelling "Step up" "Close The line" (Both sayings which would put you on (Touching) The person in front of You's hands and butt with your belly and Groin And The Person behind you would be Touching His belly And Groin To your Hands And butt) like we were not being Compliant by moving Forward And Quietly And Quickly moving from The Gym And back To The North 2 Cell House, which we were, when I finally Reached —

**Relief Requested:** *Continued From Page #1 ← Comitted Against us (Me) inmates. For which Each Named individuals (staff) And Those Not Properly identified (John(s) Doe(s)) is to Provide Compensation To Me As individual And As A Group (Team). Cont. pg. 5

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Edward Tenney | A-73555 | 11 / 11 / 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: ____ / ____ / ____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

| _____ | _____ | ____ / ____ / ____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | | |
|---|---|---|
| Date Received: ____ / ____ / ____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| _____ | ____ / ____ / ____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

CONTINUED:

My cell the (crush) officer Told me To Step in And Face The back of The cell And Told my celly The Same, He Then Told Him To Step back And uncuffed Him And Him And I exchanged Places And The officer (crush) uncuffed Me, Then He left. I Could See going into my cell THAT iT Had been TRASHED, All my And my cellys stuff was THrown All over THE cell, So I begin Seperating our stuff And After A while I Could See i was missing stuff And while STill Picking up our stuff And Seperating iT, I came Accross my T.V, Face Down on THE Concrete Floor STill plugged in And Cable Cord ATTACHED, THE GLASS WAS on THE Concret (Now To This day i Have A ScrATcH in THE Center of my T.V. Screen From THE Concrete) I Seen An officer (NAme unknown) walking by And Callled Him And Showed Him, All He Could Say was iT was wrong For THAT To Be Done To An inmates T.V, And walked Away. WHEN All THings were finally Seperated And mostly put Away I Could See I was missing Things in large Amounts which I Told The officer (NAme unknown) who was walking by my cell And even SHowed Him my "SHAKEDown Slip" wHere THE "Crush" (TActical Team member) even WROTE "NONE" on THE Slip. And THE officer, Me And my celly Could NoT even read All THAT was on THE Slip And or who WROTE iT even. THE Missing ITems were : (1) Lg. boTTle of Irish Spring, Bodywash, (1) Lg. bottle of Suave SHAmpoo w/ Conditioner, (2) Lg. bottles of Conditioner, (1) Lg. bottle of Hand lotion w/ Aloe, All of which was brought with me when i Came off Condemned in Pontiac And Transfered Here To Menard And was Allowed in THE Prison And for me To Keep, Also (2) mirrors, (3) Cable Cord bulleTs, (3) SPlitters, (2) sm. bottles of SHAmpoo, (2) sm. bottles of Conditioner, (1) Chap STick, (1) Nail Clipper, (1) WATcH Battery, (10) Seg. Pens (10) TooTH BrusHes, (1) rePlacement Blade For PanAsonic Trimmer, (1) 1/2 Box of Tea, (1) ConTainer w/ 4 1/2 PKs. of CoolAid, And my FAN (Frame) was broken in THE Size And SHApe of A Hand Grabbing THE Frame And Cracking iT And breakeing part of iT. I'm generally indigent And unable To replace All my STuFF which was Allowed. I've Just returned From A CourT writ AT THE Time And my Property Had Already been SeArcHed And There was no ConTrabeand. I wroTe A Timely Grievance To Counselor Hill who was our Counselor For 3 gallery NorTH #2 Cell House And put iT on THE Cell BArs ON 11-7 pm SHiFT As per Federal MailBox Rule For THE officer To Pick up And Handle As ouTgoing Mail, oN April 27, 2014. —

#(1)

I wroTe my Grievance on April 27, 2014 To Counselor Hill wHile in NorTH-2, 3 gallery Cell # 33C, I was moved To SouTH Uppers Cell # 621 And when I Had noT received Any reply From my Grievance on June 29 2014 I wrote I Believed STill Counselor Supervisor Ms. BeTsey Spiller And SenT Her A →

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: November 11, 2014 | Offender: (Please Print) Edward TENNEY | ID#: A-73555 |
|---|---|---|

| Present Facility: Menard Corr. CTR. | Facility where grievance issue occurred: Menard Corr. CTR. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✗] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ►CONTINUED◄ leTTer And A Copy OF THE Grievance I HAD WROTE MS. Hill my (EX-Counselor now) Asking Her To MAKE MS. Hill respond To my Grievance So I Could ConTinue on And THAT SAME NighT Also I WROTE To My New Counselor MS. D. MArciNKOWSKA Counselor of 6 gallery SouTH Uppers Asking Her To look inTo my Grievance, SHe responded Soon AfTer For me To re-wriTe MS. Hill my Orginal Counselor on THis issue, (I STill did noT receive Any response From MS. Spiller). I wroTe An leTTer on July 6, 2014 To MS. Hill And ExplAined my Problem And whAT I did, wroTe A Grievance And PuT iT on THE Cell BArs As per FederAl MAil Box rule And THAT my Grievance wAs DeAling wiTH STAff ConducT And my missing iTems

**Relief Requested:** ►ConTinued From PAge 3◄ AmounTs of CompensATions THAT will be decided And SpecifieD in THE FuTure eiTHer by me, my ATTorneys or by A CourT oF lAW.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Edward Tenney. | A-73555 | 11 / 11 / 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____ / ____ / ____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ___ / ___ / ___ |
|---|---|---|

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ____ / ____ / ____   Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date ___ / ___ / ___ |
|---|---|

↩CONTINUED↩

from the shakedown And my FAN (Frame) being broken And Asked Her For Help in this Matter. On July 17, 2014 when I've not received Any response yet from Ms. Spiller or Ms. Hill, I wrote Chief Administrator Warden Kimberly Butler And Sent Her An letter [w] A Copy of my Grievance And Told Her WHAT Steps I've TAKEN So Far And THAT I've not received Any Reply yet, And Could She Help Me IN THIS Matter. I was moved Again THIS Time To North-1 Cell #508, My New Counselor was Neil Schwartz, I wrote To Him on August 3, 2014 Since I've not received Any reply yet from Ms. Hill, Ms. Spiller or Ms. K. Butler, yet, I Asked Him For Help And Status on A Grievance I Had Filed on April 27, 2014 while in North-2 Cell House To Counselor Hill, He responded To my letter saying Ms. Hill Had not received or Seen my Grievance And That Ms. Hill Said She responded To my letter on July 8, 2014 (WHICH To THIS DATE I still Never Have Seen or received). On August 17, 2014 I wrote THE John Howard Association A letter Complaining of Menard either Throwing Away my Grievance, or Saying They Didn't receive Them, And on August 19, 2014 I wrote THE Administrative Review Board (A.R.B) (officer of inmate issues) And Sent Them A letter And A Copy of THE letter I had Sent To THE John Howard Association. And Also on August 19, 2014 I wrote To Uptown Peoples law Center And Sent Them A letter And a Copy of THE letter I Had Sent To John Howard Assoc. And Told Them what I've done So Far And Asked for Advice. On August 28, 2014 I received An letter from Uptown Peoples law Center. On August 23, 2014 I was Tired of not receiving Any response's And Seemingly THE runaround So I wrote The Grievance officer (seemingly my LAST Hope And resort) Figgering He Could USE His Authority And make THIS right And Tell Counselor Hill To Answer THE Grievance, I wrote Him a letter And Sent Him a Copy of THE Grievance I HAD Sent To Ms. Hill And Told Him All THE Steps I've TAKEN So Far And Asked For his Help. I received An response From Him A Mr. D. Dwight on August 27, 2014 And wrote on my Grievance " not Submitted To Grievance (unknown) Allotted 60 Days out of Time Frame". (But I Had Submitted it Timely) on April 27, 2014.

**#②**

Warden R. Harrington, Failed To protect inmates (ME) Against THE Physical Abuse, THE Destruction And Damage of Personal property, Even THE degrading Acts THAT Were Forced on THE inmates To Do, Being Placed in Hand Cuffs, And being Forced into Touching And or pressing up against each other's bodies. Warden Harrington Could Have put A STop To THE Actions of THE Members of THE Special Response Team Also Known As (orange Crush). THE S.R.T. (But Just Show up To THE Institution, THE Warden (Harrington) is THE one who Can And HAS To Call THE (orange Crush). Warden Harrington Allowed THE "orange Crush" →

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: November 11, 2014 | Offender: (Please Print) Edward TENNEY | ID#: A-73555 |
|---|---|---|

| Present Facility: Menard Corr. CTR. | Facility where grievance issue occurred: Menard Corr. CTR. |
|---|---|

### NATURE OF GRIEVANCE:

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify) _____

☐ Disciplinary Report: ___/___/___
   Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ➝ CONTINUED ➝ members To Abuse us (ME) inmATes even by using ProFAnic language against us (ME) inmATes. He (HArringTon) even Allowed THE "orange Crush" "Crush" To ViolATe THE FederAl Prison RApe EliminATion ACT. BecAuse Forcing inmATes in HAndCuffs To Press up inTo eAch oThers bodies is Abuse (sexual Abuse), denigrATion, And TorTure, And A ViolATion oF ConsTiTuTionAl righTs THAT ProTecT AgAinsT Cruel And UnusuAl PunishmenT. WArden HArringTon wAs PresenT And supervising THE Procedure And OperATions oF THE (C.R.T.) (S.R.T.).

#(3)

AssisTAnT WArden Kimberly ButlEr (ButlER wAs THE AssisTAnT wArdEn THE⟶

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Edward Tenney | A-73555 | 11/11/14 |
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date ___/___/___ |
|---|---|---|

# Continued

day of the incidents and occurences and today is the Warden in Authority of Menard Corr. CTR.), Warden Butler was present, walking the galleries in each Cell House and was a first hand witness to the improper actions of the members of the (C.R.T. / S.R.T.) and like Warden Harrington allowed it to to take place and did nothing to put a stop to it. Warden Butler was an Accomplice of Warden Harrington, of All the illegal Acts and Abuse Committed Against us (me) inmates by the "orange crush," and looked the other way and did nothing to protect the inmates (me).

## #(4)

The Assistant Warden of Operations (security) Joseph Yurkevich, is also responsible for doing nothing to stop the Abuse's committed by the (C.R.T. / S.R.T.) members (orange crush), As well as Wardens Harrington and Butler for Allowing the members of the "orange crush" (Crush) to do what they did to us (me) inmates, the warden of Security Acted in violation of the Welfare and protection of the inmates (me) from All the Abuse's done by the (C.R.T. / S.R.T.) members.

## #(5)

John Doe, Director/Commander of the (C.R.T. / S.R.T.) "orange crush" At State level with office in Springfield, Illinois, gave the command Along with others and instructions to the members of "orange crush" (crush) to proceed and Search, Vandalize (yes Vandalize) the cells and All Personal Property, legal papers, belonging to us (me) inmates, He could have put a Stop to the Abuse (Physical, verbal, Profane, Sexual and denigrated) that was, had, is being done to us (me) inmates by All His Subordinates members of the (C.R.T. / S.R.T.) "orange crush" (Crush), Whom on top of Everything else were Allowed to ware ski masks, Helmuts, Painted Faces and no Name Tags that could identify them. John Doe came down to Menard Corr. CTR. From Springfield with one objective in mind, the Mistreatment of us (me) inmates, He Even Refrained Menard's (C.R.T. / S.R.T.) members from conducting the Searches, which were done by (S.R.T.) members from other institutions. John Doe (S.R.T. Director) is Responsible for All the Actions committed by (C.R.T. / S.R.T.) members against us (me) inmates.

## #(6)

John(s) Doe(s) members of the (C.R.T. / S.R.T.) "orange crush" (Crush) committed Abuse's against us (me) inmates in violation of State and Federal laws, of the 8th and 14th Amendments of the U.S. Constitution, (Protection Against Cruel and Unusual Punishment), and in violation of the Federal Prison Rape Elimination Act, and last but no less in violation of the Illinois State Constitution, the Physical, verbal and Sexual Abuse, that included the Damaging and Destruction of inmates (me) Personal →

50

EXHIBIT 9

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: November 11, 2014 | Offender: (Please Print) Edward TENNEY | ID#: A-73555 |
|---|---|---|

| Present Facility: Menard Corr. CTR. | Facility where grievance issue occurred: Menard Corr. CTR. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: _____ / _____ / _____
                        Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): ← CONTINUED And legal Property, Profane language, Sexual
Abuse when Forcing US (me) inmates To Press into Each others (inmates)
bodies while rend in Hand Cuffs, By Poking And Hitting, Pushing
US (me) inmates with Their Riot batons (sticks). The (S.I.R.T.) C.R.T
"orange Crush" (Crush) Always showed up for the So call "shakedowns"
in Riot Gear For The Sole Purpose of Abuse of US (me) inmates, And
The Wearing of Paint on Their Faces, or wearing ski masks under Their
Helmets And Shields And overalls And by not Having Name Tags on
Their uniforms To Prevent US (me) inmates From/To identify Them by Names
or any other Facial distinction, so They Can get Away with Their Abuse And Torture →

**Relief Requested:**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Edward Tenney | A-73555 | 11 / 11 / 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                            ☐ No; an emergency is not substantiated.
                                                                                            Offender should submit this grievance
                                                                                            in the normal manner.

| Chief Administrative Officer's Signature | Date |
|---|---|

━CONTINUED━

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

OF INMATES.

## AFFIDAVIT/ PROOF OF SERVICE

I, THE undersigned HerEby Certify under Penalty of Perjury THAT I Placed A True Copy of THE instant Grievance iN THE Prison internal Mailing SYSTEM AT THE Menard Correctional Center ON November 11, 2014 Addressed To Counselor Neil SCHWARTZ, ThAT oN November 16th, 2014, I placed THE instant Grievance in THE Prison internal mailing system Addressed To THE Grievance officer, And THAT ON ~~~~, I Placed THE instant Grievance in THE internal Mailing system Addressed To THE Administrative Review Board (A.R.B), in Springfield, Illinois, First Class Postage Prepaid.

/s/ Edward Tenney.

## VERIFICATION OF CERTIFICATION

under Penalties As provided by law Pursuant To SecTioN 1-109 OF THE Code of Civil Procedure, THE Undersigned Certifies THAT THE STATEMENTS Set Forth iN THIS instrument Are True And Correct except AT To MATTers Therein STATed To be oN information And belief And As To SuCH MATTers THE Undersigned Certifies AS A forsaid That He Verily believes THE Same To be True.

/s/ Edward Tenney.

DATE: November 11, 2014.

Copy To: File



**Illinois
Department of
Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Menard Correctional Center / P.O. Box 711 / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

## MEMORANDUM

**DATE:**    11/20/2014

**TO:**      E. Tenney      A73555

**FROM:**    Grievance Office, D. Dwight, Office Coordinator
             Menard Correctional Center

**SUBJECT:** Grievance(s)  dated 11/11/14 regarding 4/12/14 Shakedown (rec'd 11/18/14)

**The attached is being returned for the reason(s) listed below:**

Contact your Correctional Counselor. Per D.R 504 Grievances,  "A committed
person shall first attempt to resolve incidents, problems or complaints, other than complaints
concerning disciplinary proceedings, through his counselor".

Use proper Committed Person's Grievance Report Form (DC 0046).

Forward grievance direct to the Administrative Review Board. (protective custody, enforced
medication, disciplinary reports from other facilities, decisions rendered by the Director, etc.).

X    Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
     addressed further.

Unable to determine nature of grievance/correspondence. Submit additional specific
information.

Illegible copy submitted – submit legible copy for consideration.

Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
Committee. If request is denied, utilize the grievance process for further consideration.

Issue has been previously addressed on grievance #          No justification for further
consideration.

Contact the Record office with your request and/or additional information (sentence
calculations, jail credits, etc.).

Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A,
Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

This is to inform you that your Grievance was deemed a Non-Emergency by the CAO. Please follow
proper procedure per DR 504 f Grievance Procedures for Offenders & AD 04.01.114 Local Offender
grievance procedures.

Grievance was not completed prior to your transfer.  If this is still an issue, forward to the ARB.

Other:

IN THE

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Edward Tenney #A-73555
Plaintiff,

v.

John R. Baldwin, et. al.,
Defendant.

)
)
)
)
)
)
)

Case No. _____
(Supply By Clerk)

## PROOF/~~CERTIFICATE~~ OF SERVICE

TO: CLERK/US District Court
P.O. Box 249
East St. Louis Illinois
62202

TO: Lisa Madigan, Attorney General
State of Illinois
500 South Second Street
Springfield, IL 62706

TO: Director John R. Baldwin
(I.D.O.C.) P.O. Box 19277
1301 Concordia Court
Springfield, IL 62794-9277

TO: _____
_____
_____
_____

PLEASE TAKE NOTICE that on February 1, 20 16, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 1-Original and 6-copies of Civil Rights Complaint 42 U.S.C. 1983 and 21-Exhibits.

Pursuant to 28 USC 1746, 18 USC 1621 or ~~735 ILCS 5/109~~. I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2/1/16 _____

/s/ Edward Tenney
NAME: Mr. Edward Tenney
IDOC#: A-73555
Menard Correctional Center
P.O. BOX 1000
Menard, IL 62259
Pro se

Revised July 2004

Oct 23, 2012   10:11 AM