IN THE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

EDWARD TENNEY, A-73555,
PLAINTIFF,

vs.

JOHN R. BALDWIN, et. al.
DEFENDANT.

CASE NO. 3:16-CV-00115-NJR

SCANNED AT MENARD and E-mailed
2-22-16 by JC 1 pages
date   initials   No.

## ADDENDUM TO THE ORIGINAL COMPLAINT

NOW COMES THE PLAINTIFF, EDWARD TENNEY, Pro-se, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO ALLOW THAT ALL ISSUES ARE A VIOLATION OF MY EIGTH (8) AMENDMENT CONSTITUTIONAL RIGHTS AGAINST CRUEL AND UNUSUAL PUNISHMENT. AND IN SUPPORT THEREOF STATES AS FOLLOWS:

1. PLAINTIFF IS MOVANT IN THE ABOVE TITLED CAUSE OF ACTION;
2. THAT ALL ISSUES FALL UNDER THE VIOLATION OF THE EIGTH (8) AMENDMENT OF THE U.S. CONSTITUTION OF CRUEL AND UNUSUAL PUNISHMENT; AND EQUAL PROTECTION UNDER THE LAW.

WHEREFORE, PLAINTIFF PRAYS THIS COURT GRANT THIS MOTION IN TOTAL, AND FOR ANY OTHER RELIEF THIS COURT DEEMS JUST, FAIR AND PROPER.

DATE: 2/22/16

RESPECTFULLY SUBMITTED,
/s/ Edward Tenney, A-73555
Edward Tenney, A-73555
Menard Corr. Ctr. P.O. Box 1000
Menard, Illinois, 62259